IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FERNANDO LEMUS-GONZALEZ,

Petitioner,

v.

CIVIL ACTION NO.: CV211-071

ANTHONY HAYNES, Warden,

Respondent.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Gonzalez claims he was not aware of the charges against him during his criminal proceeding because he was under the influence of medication. Gonzalez' Objections fail to address his failure to identify a new retroactively applicable Supreme Court decision establishing he was convicted of a nonexistent offense. He does not satisfy the savings clause of 28 U.S.C. § 2255.

Gonzalez' Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Gonzalez's 28 U.S.C. § 2241 Petition is **DISMISSED**.

**SO ORDERED**, this ____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)